DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT HINTON AVERY,**
Appellant,

v.

**DANIELLE BEAUZIL,**
Appellee.

No. 4D2025-2116

[May 20, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jessica Marra, Judge; L.T. Case No. 062024DR016490AXDVCE.

Robert Hinton Avery, Pembroke Pines, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Friend v. Serpa*, 425 So. 3d 51, 51 (Fla. 4th DCA 2025) (explaining that reliance on "phantom authority" is sanctionable); *Goya v. Hayashida*, 418 So. 3d 652, 656 (Fla. 4th DCA 2025).

GROSS, LEVINE and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***